Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

Carlos **MUHAMMAD,** Petitioner

v.

**COMMON PLEAS COURT OF PHILADELPHIA COUNTY,** Respondent.

**No. 83 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 11, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 11th day of August, 2014, the "Notice of Appeal *Nunc Pro Tunc*" is **DENIED.**

James H. **WILLIAMS,** Petitioner

v.

**Hon. Sheila WOODS–SKIPPER (Judiciary Officer for Court of Common Pleas of Phila. Pa.), Respondent.**

**No. 82 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 11, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 11th day of August, 2014, the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.

**SCHOOL DISTRICT OF PHILADELPHIA**

v.

**WORKERS' COMPENSATION APPEAL BOARD (HILTON).**

**Petition of Shirley Hilton.**

Supreme Court of Pennsylvania.

Aug. 13, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of August, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Whether the Commonwealth Court erred as a matter of law in reversing the WCAB and reinstating the WCJ's suspension of Petitioner's disability benefits as of September 30, 2009, when the employer never issued a Notice of Ability to Return to Work?

(2) Whether the Commonwealth Court erred as a matter of law in reversing the WCAB and reinstating the WCJ's suspension of Petitioner's disability benefits as of September 30, 2009, when there is no competent medical evidence to establish an ability to return to work by that date?